**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**HONORABLE JAMES S. MOODY, JR.**

| CASE NO. 8:13-cr-48-T-30TBM | DATE: December 11, 2014 |
|---|---|
| TITLE: USA v. **John Buster Quick** | |
| TIME: 8:45 AM – 9:10 AM | TOTAL: 25 minutes |

| Courtroom Deputy: Ariana Romero | Interpreter: N/A |
|---|---|
| Court Reporter: Sherrill Jackson | Probation: Tracy Shroyer |
| Counsel for Government: | Matthew Jackson |
| Counsel for Defendant: | Mark Richard Lipinski |

**CRIMINAL MINUTES - SENTENCING REFORM ACT MINUTES**

Deft sworn.

Defendant, Defendant's counsel, and Government's counsel approach bench and stands in front of the bench for sentencing.

Defendant is adjudged guilty on Count One of the Superseding Information.

Probation: THREE (3) YEARS.

Fine is imposed in the amount of.$1,500.00.  To be paid in ten (10) days.

Special Assessment: $100.00 (X)  To be paid immediately.

Special conditions of probation:

- Defendant shall participate in the Home Detention program for a period of 3 months. During the time, defendant will remain at defendant's place of residence except for employment and other activities approved in advance by defendant's probation officer.

- The mandatory drug testing provisions of the Violent Crime Control Act are waived. The Court authorizes random drug testing not to exceed 104 tests per year.

- Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

In accordance with the plea agreement, it is ordered that Count One of the underlying Indictment be dismissed.

Defendant advised of right to appeal and to counsel on appeal.

United States of America's motion (Doc. 243) for downward departure is GRANTED. Court departs 2 levels.

The Defendant is directed to immediately proceed to the U.S. Probation Office for further instruction.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 13 |
| Criminal History Category: | I |
| Imprisonment Range | 12-18 months |
| Supervised Release Range | 1-3 years |
| Restitution: | N/A |
| Fine Range | $3,000-$1,000,000 |
| Special Assessment | $100.00 |

AMENDED GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING (after departures):  Total Offense Level:  11; Criminal History Category: I; Imprisonment Range: 8-14 months; no further changes made.