UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    Plaintiff,                                                    CASE NO:  8:13-cr-00048-JSM-TBM

v.

WARREN GOLD,
AIGOUL IPLAEVA GOLD,
RIMMA ANASOVNA MAMLEEVA,
JOHN BUSTER QUICK,
RAJAN KANDA VANAM RAJ, and
JOHN ALLEN LANNING

    Defendants.
_____/

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

        Defendants, WARREN GOLD and AIGOUL IPLAEVA GOLD, by and through undersigned counsel, hereby files this Unopposed Motion to Continue Sentencing Hearing, and in support thereof, would state:

        1.      The Defendants initially signed their plea agreements and waivers of indictment on May 19, 2014. (Doc. 136 and 137).

        2.      The court accepted the pleas and adjudicated the Defendants guilty on June 10, 2014 and scheduled the sentencing hearings for September 3, 2014. (Doc. 153 and 154).

        3.      Since that time, the sentencings have been reset to Wednesday, October 1, 2014 (Doc. 181 and 182), then continued to January 8, 2015 (Doc. 201 and 207) and again to April 10, 2015 (Doc. No. 247 and 248), based on sealed motions related to efforts by the Defendants to provide substantial assistance to the government.

        4.      On April 4, 2015, the son of Attorney Michael Gold's first cousin, who is also a close personal friend of Attorney Barry Cohen, took his own life. The funeral is currently

scheduled for the morning of April 9, 2015 at the same time as the sentencing hearings. Both Mr. Gold and Mr. Cohen have been asked to speak on behalf of the deceased at the funeral.

WHEREFORE, the Defendants, WARREN GOLD and AIGOUL IPLAEVA GOLD, request that this Court continue the Sentencing Hearing to be reset at the Court's discretion. Undersigned believes that the sentencing hearing for both Defendants will take between 1 1/2 to 2 hours in length.

## Certification

Undersigned counsel has conferred with AUSA Matt Jackson who has advised that the Government does not oppose this motion.

Dated: April 6, 2015                                  Respectfully submitted,

  /s/ Barry A. Cohen
BARRY A. COHEN, ESQUIRE
Florida Bar No.: 0096478
MICHAEL A. GOLD, LL.M.
Florida Bar: 71943
THE COHEN LAW GROUP
201 E. Kennedy Boulevard, Suite 1950
Tampa, Florida 33602
mgold@tampalawfirm.com
gyacone@tampalawfirm.com
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been furnished by the Court's CM/ECF electronic mail system on this 6th day of April, 2015.

                                               */s/ Barry A. Cohen*
                                               BARRY A. COHEN, ESQUIRE
                                               Florida Bar No.: 0096478

Dated: April 6, 2015                           Respectfully submitted,

                                               _____
                                               BARRY A. COHEN, ESQUIRE
                                               Florida Bar No.: 0096478
                                               MICHAEL A. GOLD, LL.M.
                                               Florida Bar: 71943
                                               THE COHEN LAW GROUP
                                               201 E. Kennedy Boulevard, Suite 1950
                                               Tampa, Florida 33602
                                               Attorneys for Defendants